UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                              CHAPTER 13
SHAWN B. TOEPFER
FARRAH L. TOEPFER                                    CASE NO. 12-80661

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Select Portfolio Servicing Inc.            **Court claim #: 9**

**Last four digits** of any number used to identify the debtor's account: 4402

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $14443.44 |
| Amount Paid by Trustee | $14443.44 |

| *Monthly ongoing Mortgage Payment* | | | |
|---|---|---|---|
| Mortgage is paid: | | | |
| ☐ | Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/18/17                          /s/Lydia S. Meyer
                                           Lydia S. Meyer, Trustee
                                           308 W. State St., Suite 212
                                           Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 18th Day of October, 2017.

Dated:   10/18/17                          /s/Cynthia K. Burnard

SELECT PORTFOLIO SERVICING INC
BANKRUPTCY DEPARTMENT
PO BOX 65450
SALT LAKE CITY, UT 84165

CHASE HOME MORTGAGE CO.
PO BOX 9001871
LOUISVILLE, KY  40290

SELECT PORTFOLIO SERVICING, INC
BANKRUPTCY DEPARTMENT
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

CODILIS & ASSOCIATES, PC
15W030 NORTH FRONTAGE RD.
SUITE 100
BURR RIDGE, IL  60527

SHAWN B. TOEPFER
FARRAH L. TOEPFER
6810 CANDLEWOOD CT.
LOVES PARK, IL  61111

ERIC PRATT LAW FIRM PC
5301 EAST STATE ST.
SUITE 116
ROCKFORD, IL  61108